**Josephine B. Dodge, Appellee, v. Reuben Bruce, Appellant.**

**Gen. No. 6,461.   (Not to be reported in full.)**

Appeal from the Circuit Court of Peoria county; the Hon. CLYDE E. STONE, Judge, presiding. Heard in this court at the April term, 1917. Reversed and remanded. Opinion filed October 16, 1917.

### Statement of the Case.

Action by Josephine B. Dodge, plaintiff, against Reuben Bruce, defendant, to recover under a contract for a commission on the exchange of certain property. From a judgment for plaintiff for $550, defendant appeals.

DAILEY & MILLER, CHARLES C. LE FORGEE, GEORGE W. BLACK and THOMAS W. SAMUELS, for appellant.

BURTON & HAMILTON, for appellee.

MR. JUSTICE DIBELL delivered the opinion of the court.

### Abstract of the Decision.

1. INSTRUCTIONS, § 63*—*when instruction erroneous as assuming facts.* An instruction assuming that there was a contract between

---

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

plaintiff and defendant for the sale by plaintiff of defendant's property and that plaintiff brought about the sale in controversy, which was a sharply disputed question in the case, *held* erroneous, in an action to recover a commission on the sale.

2. INSTRUCTIONS, § 12*—*necessity of definiteness.* An instruction which was very indefinite, uncertain and might mislead the jury should not be given.

3. INSTRUCTIONS, § 88*—*when instruction on determination of preponderance of evidence is erroneous.* An instruction upon the determination of the preponderance of the evidence, undertaking to enumerate the elements to be considered and omitting the element of the number of the witnesses, and also the element as to the candor and fairness or lack thereof of the witnesses, *held* erroneous, notwithstanding the witnesses were equal in number, as the number differed on some points.